# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 10-0175-01-CR-W-FJG |
| Terry Dixon, ) | |
| a/k/a Charles Thompson, ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is defendant's motion to suppress statement (Doc. #22) and motion to suppress evidence (Doc. #23), both filed August 12, 2010; and the Government's suggestions in opposition to the motion to suppress statement (Doc. #25) and suggestions in opposition to the motion to suppress evidence (Doc. # 26), both filed August 23, 2010. On September 2, 2010, Chief United States Magistrate Judge Robert E. Larsen held an evidentiary hearing on the pending motions to suppress. Thereafter, on November 18, 2010, Chief Magistrate Judge Larsen entered a report and recommendation (Doc. #50) which recommended denial of the above-mentioned motion. Defendant's objections to the report and recommendation were filed on November 29, 2010 (Doc. #52) and the Government's response to the objections (Doc. #54), filed November 29, 2010.

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the Chief Magistrate Larsen's findings and conclusions. Therefore, the Court finds that defendant's motion to suppress statement (Doc. #22) and motion to suppress evidence (Doc. #23), both filed August 12, 2010, must be denied.

Accordingly, it is

ORDERED that the Chief Magistrate's findings and conclusions are hereby adopted and incorporated herein by reference. It is further

ORDERED that defendant's motion to suppress statement (Doc. #22) and motion to suppress evidence (Doc.#23), filed August 12, 2010, are denied.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: 12/02/10